Case: 3:20-cv-00354-wmc Document #: 1-2 Filed: 04/17/20 Page 1 of 7
Case 2020CV000036 Document 6 Filed 04-09-2020 Page 1 of 7

FILED
04-09-2020
Clerk of Circuit Court
Sawyer County, WI
2020CV000036

| STATE OF WISCONSIN | CIRCUIT COURT | SAWYER COUNTY |

Lance M. Ewert
12170 W Johnson Road
Couderay, WI 54828,

         Plaintiff,   Case No. 2020CV000036

 v.             **JURY TRIAL DEMANDED**

FD Holdings, LLC d/b/a Factual Data
5100 Hahns Peak Drive
Loveland, CO 80538
         Defendant.

## SUMMONS

THE STATE OF WISCONSIN:

To Each Person Named Above as a Defendant:

You are hereby notified that the plaintiff named above has filed a lawsuit or other legal action against you. The complaint which is attached hereto states the nature and basis of the legal action.

Within twenty (20) days of receiving this Summons you must respond with a written Answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The Court may reject or disregard an Answer that does not follow the requirements of the statutes. The Answer must be sent or delivered to the Court, whose address is Sawyer County Clerk of Circuit Court, 10610 Main St #74, Hayward, WI 54843, and to Matthew C. Lein of Lein Law Offices, plaintiff's attorney, whose address is P.O. Box 761, Hayward, Wisconsin 54843. You may have an attorney help or represent you.

If you do not provide a proper Answer within twenty (20) days, the Court may grant Judgment against you for the award of monetary or other legal action required in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint.

A Judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Respectfully submitted,

/s/ Matthew Lein
Matthew Lein
Attorney ID #1084028
Lein Law Offices
P.O. Box 761
15692 Highway 63 North
Hayward, Wisconsin 54843
715-634-5051
mlein@leinlawoffices.com
Attorney for Plaintiff

| | | |
|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **SAWYER COUNTY** |

Lance M. Ewert
12170 W Johnson Road
Couderay, WI 54828,

                                   Plaintiff,      Case No. 2020CV000036

v.                                          **JURY TRIAL DEMANDED**

FD Holdings, LLC d/b/a Factual Data
5100 Hahns Peak Drive
Loveland, CO 80538,

                                   Defendant.

## Amended Complaint

COMES NOW Plaintiff, through counsel, and for Plaintiffs causes of action against Defendant states as follows:

1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter FCRA) 15 U.S.C. §1681 et seq.

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3. Venue lies properly in this district under 28 U.S.C. § 1391(b).

4. Plaintiff is a resident of Wisconsin.

5. Defendant FD Holdings, LLC d/b/a Factual Data ("Factual Data") is an Ohio corporation with a principal place of business in Loveland, Colorado.

6. Defendant Factual Data was and is engaged in the business of credit reporting, all within Wisconsin.

7. Defendant Factual Data is included hereafter in the term Credit Reporting Agency Defendant.

8. Defendant is reporting an account as due and owing on Plaintiff's credit report, specifically JP Morgan Chase Bank Card.

9. The reporting of the accounts as due and owing is false.

10. The account was discharged in a bankruptcy, case number 1-17-13471, filed in the Western District of Wisconsin.

11. Plaintiff received a discharge on January 10, 2018.

12. Defendant Factual Data has no reasonable means of monitoring or updating accounts once they are discharged in bankruptcy.

13. The credit reports still show the discharged accounts as owing and able to be enforced and collected.

14. Plaintiff's creditors and/or potential creditors have accessed Plaintiff's reports while the misreporting was on the credit report and were misinformed by Defendants about Plaintiff's credit worthiness — including, but not necessarily limited to Ladysmith Federal Savings and Loan Association.

15. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, and Plaintiff's financial responsibility as a debtor and Plaintiff's credit worthiness.

**Count I — Violations of the Fair Credit Reporting Act**

Comes now Plaintiff and for Count I against the Defendant states and alleges to the Court:

16. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

17. Pertinent hereto, Factual Data regularly engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers to

furnish consumer reports to third parties, and which uses any means or facility of interstate commerce to prepare or furnish consumer reports.

18. Pertinent hereto, the Plaintiff Lance M. Ewert is a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

19. Pertinent hereto, the above-mentioned credit reports were written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living used or expected to be used or collected in whole or in part to serve as a factor in establishing the consumer's eligibility for credit or insurance to be used primarily for personal, family, or household purposes; employment purposes; or any other purpose authorized under 15 U.S.C. § 1681b.

20. Under 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendant is liable to the Plaintiff for willfully and negligently violating the requirements imposed on Defendant Credit Reporting Agencies of information under 15 U.S.C. § 1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent such reporting of inaccurate information in Plaintiff's reports.

21. The conduct of Defendant was a direct and proximate cause, and a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff and Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, and such further relief, as permitted by law.

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against Defendant based on the following requested relief:

a. Actual damages;

b. Statutory damages;

c. Punitive damages;

d. Costs and reasonable attorney's fees under 15 U.S.C. §§ 1681n and 1681o; and

e. Such other and further relief as may be necessary, just and proper.

Respectfully submitted,

/s/ Matthew Lein
Matthew Lein
Attorney ID #1084028
Lein Law Offices
PO Box 761
15692 Highway 63 North
Hayward, Wisconsin 54843
715-634-5051
mlein@leinlawoffices.com
Attorney for Plaintiff

## Demand for Jury Trial

Comes now Plaintiff and demands a jury trial on all issues so triable.

/s/ Matthew Lein
Matthew Lein, #1084028