IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LANCE M. EWERT,

    Plaintiff,

  v.

                                        Case No. 20-cv-354-wmc

FD HOLDINGS, LLC d/b/a Factual Data,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant FD Holdings, LLC, d/b/a Factual Data, against plaintiff Lance M. Ewert dismissing this case.

| s/ J. Smith, Deputy Clerk | 1/19/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |